UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
PEDRO ALBERTO DOMINGUEZ :
: CASE NO. 1:22-bk-00870
:
:
Debtor(s) :

## AMENDED ORDER TO PAY TRUSTEE

    Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this court in accordance with statute, it is therefore ordered that until further Order of this Court the entity from whom the Debtor, Pedro Alberto Dominguez, receives income:

Ventura Foods, LLC
ATTN: PAYROLL DEPT
40 POINTE DRIVE
BREA, CA 92821

deduct from said income the sum of $2,933.50 from each monthly paycheck, or $1,466.75 semi-monthly, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
PO Box 6008
Memphis, TN 38101-6008

    It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.
    It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.
    It is further ordered that this Order supersedes previous orders made to the subject entity in this case.
    It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
PEDRO ALBERTO DOMINGUEZ :
: CASE NO. 1:22-bk-00870
:
:
:
Debtor(s)

CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 31, 2025 I served a copy of the Amended Order To Pay Trustee on the following parties:

| Name and Address | Mode of Service |
|---|---|
| Ventura Foods, LLC<br>ATTN: PAYROLL DEPT<br>40 POINTE DRIVE<br>BREA, CA 92821 | US First Class Mail |
| Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>PO Box 6008<br>Memphis, TN 38101-6008 | Electronically |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 07/31/2025

Name: /s/ Stevon Barnett
Address: Mott & Gendron Law
125 State Street
Harrisburg, PA 17101