United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                        Case No. 22-00870-HWV

Pedro Alberto Dominguez                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                          Page 1 of 2

Date Rcvd: Aug 01, 2025                  Form ID: pdf010                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

**Recip ID     Recipient Name and Address**

     +  Ventura Foods LLC, ATTN: PAYROLL DEPT, 40 POINTE DRIVE, BREA, CA 92821-3652

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor PERITUS PORTFOLIO SERVICES II  LLC AS SERVICER FOR WESTLAKE FINANCIAL SERVICES andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Pedro Alberto Dominguez karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | |

on behalf of Creditor PERITUS PORTFOLIO SERVICES II LLC AS SERVICER FOR WESTLAKE FINANCIAL SERVICES wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor CrossCountry Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew K. Fissel

on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Paul W McElrath, Jr.

on behalf of Debtor 1 Pedro Alberto Dominguez ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Roger Fay

on behalf of Creditor CrossCountry Mortgage LLC rfay@alaw.net

Roger Fay

on behalf of Creditor CrossCountry Mortgage rfay@alaw.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

IN RE:                        :    **CHAPTER 13**
**PEDRO ALBERTO DOMINGUEZ**     :
                               :    **CASE NO. 1:22-bk-00870**
                               :
                               :
**Debtor(s)**                          :

## AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this court in accordance with statute, it is therefore ordered that until further Order of this Court the entity from whom the Debtor, Pedro Alberto Dominguez, receives income:

Ventura Foods, LLC
ATTN: PAYROLL DEPT
40 POINTE DRIVE
BREA, CA 92821

deduct from said income the sum of $2,933.50 from each monthly paycheck, or $1,466.75 semi-monthly, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

**Jack N. Zaharopoulos**
**Standing Chapter 13 Trustee**
**PO Box 6008**
**Memphis, TN 38101-6008**

It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

It is further ordered that this Order supersedes previous orders made to the subject entity in this case.

It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 1, 2025