# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PEDRO ALBERTO DOMINGUEZ, | : | |
|     Debtor | : | CASE NO. 1:22-bk-00870 |
| | : | |
| HARLEY-DAVIDSON CREDIT CORP., | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PEDRO ALBERTO DOMINGUEZ, | : | |
|     Respondent | : | |
| | : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY AND REQUEST FOR DIRECTION TO PAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Proof of amounts owed is demanded at trial and this paragraph is therefore denied.

8. Admitted that the vehicle was totaled in an accident. Denied that the cramdown is no longer applicable. The confirmed plan sets out the amount that will be paid to Movant.

9. Denied as stated. $4,547.30 should be paid to the Trustee as the balance of the secured claim. Debtor is entitled to receive the balance of the insurance proceeds. As a practical matter, the Trustee does not hold funds in escrow awaiting a future event.

10. Admitted that Movant is requesting relief; however, the relief that it requests is not reasonable and is not in compliance with the terms of the confirmed plan. Just prior to the filing of this motion, Debtor's counsel forwarded to Movant a complaint that she intended to file because Movant demanded that it receive $13,736.33. The motion for relief is an attempt to control the funds that should go to the Debtor.

WHEREFORE, the Debtor respectfully requests that this Court enter an order denying the motion for relief filed by the Movant; ordering that the insurance company pay the sum of $4,547.30 to the Trustee to pay the balance of the secured claim of Movant and pay the balance of the insurance money to the Debtor; ordering that the Movant provide a letter of guarantee indicating that it will release the lien upon receipt of $4,547.30; and granting such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

_____

Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com