**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **PEDRO ALBERTO DOMINGUEZ** | : | |
| **Debtor** | : | **CASE NO. 1:22-bk-00870** |
| | : | |
| **HARLEY-DAVIDSON CREDIT CORP** | : | |
| **Movant** | : | |
| | : | |
| **PEDRO ALBERTO DOMINGUEZ,** | : | |
| **JACK N ZAHAROPOULOS, Trustee,** | : | |
| **Respondents** | | |

# ORDER

UPON CONSIDERATION of the Motion for Relief filed by Harley Davidson Credit Corp., the Debtor's Answer thereto, and the record of the hearing held on August 11, 2026, it is hereby ORDERED as follows:

1) Dairyland Insurance Company is authorized and directed to distribute the net insurance settlement proceeds of $21,850.74 arising from the total loss of the Debtor's 2018 Harley Davidson FLTRXS Road Glide Special, VIN 1HD1KTC37JB677573, under Dairyland claim number 96A834579A, as follows:

a. The sum of $4,356.33 shall be paid directly to the Debtor, Pedro Alberto Dominguez.

b. The sum of $4,155.20 shall be paid to Chapter 13 Trustee Jack N. Zaharopoulos and earmarked for payment of Harley-Davidson Credit Corp.'s remaining claim balance under the confirmed Third Amended Plan. After deduction of the applicable Trustee's fee, the Trustee shall distribute $3,822.77 to Harley-Davidson Credit Corp. in full satisfaction of the remaining $29,869.20 payable to Harley-Davidson Credit Corp. under the confirmed Third Amended Plan.

c. After payment of the amounts identified in Paragraphs 1(a) and 1(b), the balance of the insurance proceeds shall be paid to Mott & Gendron Law, as counsel for the Debtor, and held in escrow pending approval of a stipulation among Harley Davidson Credit Corp., the Debtor, and the Chapter 13 Trustee, or further Order of this Court.

2) Dairyland Insurance Company may rely upon this Order as its direction and authority to issue and distribute the settlement checks in the manner set forth above.
3) This Court shall retain jurisdiction to resolve any dispute concerning the distribution of the escrowed proceeds.